Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

CURTIS LAWSON MITCHELL, INDIGENOUS TO AMERICA, A NATURAL LIVING MAN.

_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

JUDGE NANCY A. MILLER
DISTRICT ATTORNEY PAUL D. CONNICK JR.
OFFICER LINDEN CALVIN BADGE #C157117

_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 25-2275
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

SECT. D MAG. 2

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: CURTIS LAWSON MITCHELL, A NATURAL LIVING MAN
   Address: 7700 DOWNMAN Rd. APT 14-A
   NEW ORLEANS, LA 70126
   County: ORLEANS PARISH
   Telephone Number: 504-202-7108
   E-Mail Address: WWW.CURTISM@YAHOO.COM

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: NANCY A. MILLER
   Job or Title: JUDGE DIVISION I 24TH JUDICIAL DISTRICT COURT
   Address: 200 DERBIGNY STREET
   GRETNA, LA 70053
   County: JEFFERSON PARISH
   Telephone Number: 504-363-5710
   E-Mail Address:
   ☐ Individual capacity   ☑ Official capacity

   Defendant No. 2
   Name: PAUL D. CONNICK JR.
   Job or Title: DISTRICT ATTORNEY 24TH JUDICIAL DISTRICT COURT
   Address: 200 DERBIGNY STREET
   GRETNA, LA 70053
   County: JEFFERSON PARISH
   Telephone Number: 504-363-5710
   E-Mail Address:
   ☐ Individual capacity   ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name: LINDEN CALVIN BADGE # G5717
Job or Title (if known): GRETNA POLICE OFFICER
Address: 200 DERBIGNY STREET
City: GRETNA   State: LA   Zip Code: 70053

County:
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☑ Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Address:
City:   State:   Zip Code:

County:
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

USC 18 SECTION 2382 MISPRISION OF TREASON
USC 18 SECTION 241 CONSPIRACY AGAINST RIGHTS
USC 18 SECTION 242 DEPRIVATION UNDER COLOR OF LAW
18 USC 3571, 18 USC 3571. 4TH, 6TH, 8TH, 14TH SECTION 1. AMENDMENTS.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

---

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. NANCY A. MILLER ACTING AS A JUDGE. PAUL D. CONICK JR ACTING AS A DISTRICT ATTORNEY, LINDEN CALVIN ACTING AS A POLICE OFFICER.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? AUGUST 5TH, 2023 I WAS KIDNAPPED BY LINDEN CALVIN, FOLLOWED BY PAUL D. CONICK JR TRYING TO PROSECUTE ME WITH NANCY A. MILLER IN THE 24TH JUDICIAL DISTRICT COURT ROOM, DIVISION I.

B. What date and approximate time did the events giving rise to your claim(s) occur? AUGUST 5TH, 2023 AT 12:45 PM.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* LINDEN CALVIN KIDNAPPED ME AND PAUL D. CONICK JR AND NANCY A. MILLER PARTICIPATED IN VIOLATING 42 AND 18 LAWS: WHEN YOU ARE DETAINED WITHOUT YOUR CONSENT FOR VIOLATING A STATUTE YOU HAVE JUST BEEN KIDNAPPED AND IF THE JUDGE SET A BAIL HE OR SHE SETS A RANSOM WHEN A PROSECUTOR CONFIRMS THE CHARGES, HE OR SHE BECOMES APART OF THE CONSPIRACY. MR. MITCHELL CAN PUT CONSPIRATORS IN JAIL AND SUE FOR DAMAGES. WITHOUT CONSENT ALL CODES, RULES AND REGULATIONS ARE FOR GOVERNMENT AUTHORITIES ONLY, NOT A LIVING MAN AND WOMAN ACCORDING TO GODS NATURAL LAW

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

### IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I WAS BEATEN, GIVEN A BLACK EYE, SCRAPES AND BRUISES. WHERE I WAS TAKEN TO A HOSPITAL THEN THROWN INTO JAIL WHERE I WAS IMPRISIONED FOR 20 SOMETHING DAYS. ~~[scratched out]~~ RESULTING IN PHYSICAL AND PSYCHOLOGICAL DAMAGES.

### V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$500,000.00 IN FEDERAL RESERVE NOTES USD CURRENCY. ALL CASES PENDING AGAINST CURTIS LAWSON MITCHELL TO BE DISMISSED AND ERASED FROM PUBLIC RECORD FOR LACK OF SUBJECT JURISDICTION MATTER.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-28-2025

Signature of Plaintiff: _[signature]_ UCC 1-308 Reserve all Rights

Printed Name of Plaintiff: Curtis Mitchell

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
           _____
           City / State / Zip Code
Telephone Number: _____
E-mail Address: _____