

**PLEASE KEEP A COPY OF YOUR COMPLAINT AND ANY ATTACHMENTS THAT YOU SUBMIT. WE DO NOT RETURN YOUR DOCUMENTS TO YOU. <mark>DO NOT STAPLE.</mark>**

THE JUDICIARY COMMISSION OF LOUISIANA
OFFICE OF SPECIAL COUNSEL
601 ST. CHARLES AVENUE
NEW ORLEANS, LOUISIANA 70130-3481
Telephone: (504) 568-8299
Fax: (504) 310-1629
E-mail: osc@lasc.org

**<mark>JUDICIAL MISCONDUCT COMPLAINT – ONE JUDGE PER COMPLAINT FORM. A SEPARATE FORM MUST BE COMPLETED FOR EACH JUDGE</mark>**

| PART A: | INFORMATION ABOUT YOU – PLEASE KEEP CURRENT |
|---|---|

1. FULL NAME: (Mr. ◯, Mrs. ◯, Ms. ◯) Curtis lavson Mitchell natural living man
   TELEPHONE: area code ( ) 5042027108
2. HOME ADDRESS: 7700 downman rd apt 14A
   CITY: New Orleans      STATE: LA      ZIP: 70126      PARISH:

3. EMPLOYER:
   WORK ADDRESS:
   CITY:      STATE:      ZIP:
   TELEPHONE: area code ( )

4. NAME OF PERSON WHO CAN ALWAYS REACH YOU:
   ADDRESS & TELEPHONE:

5. YOUR STATUS:

   ☐ State/Parish/City Employee
   ☐ Litigant
   ☐ Citizen
   ☐ Attorney
   ☐ Elected Public Official
   ☐ Judge
   ☑ Other

| PART B: INFORMATION ABOUT THE JUDGE |
|---|

1. NAME OF JUDGE: Nancy A Miller
2. TYPE:

   ☐ Unknown
   ☐ La. Supreme Court
   ☐ Court of Appeal
   ☐ District
   ☐ City or Parish
   ☐ Justice of the Peace
   ☐ Mayor's Court

   ☐ Magistrate
   ☐ Hearing Officer
   ☐ Other

3. PARISH: Jefferson Parish
4. CASE TITLE and NUMBER (if applicable): Curtis Lavson Mitchell case # 23-03903

The Judiciary Commission of Louisiana is charged with the responsibility of investigating allegations of judicial misconduct pursuant to Article 5 §25 of the Louisiana Constitution and under the Code of Judicial Conduct.

---

## PART C:   EXPLANATION OF YOUR COMPLAINT

State in detail why you think this judge has done something improper or has failed to do something which this judge should have done.[1]  Include the names and addresses of all persons who know something about your complaint.  Attach *copies* of any pleadings, judgments, or any other relevant documents that pertain to your complaint.  **Please retain a copy of all information sent to our office for your personal file.**  Attach additional 8 ½" x 11" sheets of paper if you need more space for your explanation.

I'm filing this complaint because Judge A Miller violated title 18 section 241; conspiracy against rights. Judge Nancy A. Miller, the District Attorney Ashton and the public defender appointed to me whose name is Miles Swanson were talking amongst each other on September 11th, 2025 to conspire to offer me probation for 3 years. Miles Swanson came up to me and told me about this offer while in court. I am aware that this offer is a violation of title 18 section 201; bribery of public officials and witnesses. I also sent to the clerk of court 24th Judicial District Court that case number 23-03903 have no jurisdiction over me as a natural living man and that I reserve all rights without prejudice. I also explained to them that this case must be dismissed immediately which reflects my sworn affidavit that explains in detail how the court and the state of Louisiana citizens or employees violated their oath of office and how they violated constitutional laws, and state laws. Judges, attorneys, and police officers must follow the rules and regulations in due process. I am sending my sworn affidavits that was sent to the court by certified mail and stamped by the deputy clerk on August 21, 2025 at 11:44 a.m. I also filed with the clerk of court a notice of special divine appearance that was filed on September 9, 2025 at 2:16 by Harold N Robinson the clerk of court explaining that I am accepting the invitation they gave me to show up for court but that I am doing so by special appearance only. I'm asking that you take immediately actions to resolve this problem. Thanks in advance

---

[1] The Judiciary Commission of Louisiana does not have the authority to order a judge to change his/her

LIST ALL DOCUMENTS ATTACHED: _____

Notice of special divine appearance certified/sworn affidavit

And noticed of mandate to dismiss Affidavit of truth

DATE OF SIGNING:    September 11 2025
_____

_____
COMPLAINANT


_____
COMPLAINANT


RETURN THIS FORM TO:              The Judiciary Commission of Louisiana
                                  Office of Special Counsel
                                  601 St. Charles Avenue
                                  New Orleans, Louisiana  70130

                                  osc@lasc.org  (E-mail only 10 pages or less)

*Recorded: August 18th, 2025*

# In the circuit of the State Of LOUISIANA

From: Curtis L. Mitchell, In care of/ rural route 3116 Toledano St, New orleans Louisiana Zip exempt

To: Miller As: Judge  24th Judicial District Court Division I, 200 Derbigny St, Gretna LA, 70053

**DOCKET/CHARGE:23-3903/23-3993**

## <u>Notice of mandate to dismiss</u>

**Notice to principal is notice to agent, Notice to agent is notice to principal**

**The COURT is hereby NOTICED BY this "Court of record" that this document is properly served, publicly published, bonded and filed.**

I, Curtis L. Mitchell **requires** the clerk of court to forward this affidavit to **all** judges and district attorneys' offices in the state of Louisiana. As such, I direct you to fulfill your fiduciary duty to record and forward this matter. By your lack of response you shall be in dis-honor.

2025 AUG 21 AM 11: 44
DOROTHY CLERK
PARISH OF JEFFERSON LA
RECORD

By; Curtis L. Mitchell, a man, a living soul.

In care of/ rural route 3116 Toledano St, New Orleans, Louisiana Zip exempt

To: Miller As: Judge 24th Judicial District Court Division I

200 Derbigny St, Gretna LA, 70053

To: Clerk of Court

2700 Tulane Avenue, New Orleans, La 70119 1st Floor Ste. 104 2nd Floor Ste. 210

DOCKET/CHARGE: 23-3903/23-3993

# Affidavit of **Truth**

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

My honor for the record to the court of court record. I never gave my consent to sign a contract to contract with you. I only understand natural law. I am not black, I am not dead, I am not lost at sea.

**24th JDC DIVISION I; JUDGE MILLER,** you took an oath to obey the Constitution, Article 6 of the Constitution says: All debt contracted and engagement entered into before the adoption of this Constitution shall be as valid against the UNITED STATES under this Constitution as under the Confederation this Constitution and the laws of the UNITED STATES. Which shall be made in pursuance thereof and all treaties made or which shall be made under the Authority of The UNITED STATES shall be the supreme Law of the Land and the judges in every states shall be bound thereby anything in the Constitution or Laws of any state, the contrary shall not withstand. I, Curtis L. Mitchell, is in indigenous to land of America and demands you to release me, Curtis L. Mitchell from custody of 24th Judicial District Court in Gretna, LA 70053. I demand you to grant me, Curtis L. Mitchell, Two Hundred Thousand Dollars in damages. THE STATE OF LOUISIANA Violated code 42 and 18. When you are detained without your consent, for violating a statute you have just been kidnapped and if the judge sets a bail he/she just sets a ransom, and when the Prosecutor confirms the charges he/she becomes part of the conspiracy and I can put the conspirators in jail and sue for damages. Without consent all code rules and regulations are for Government Authorities only, not humans and creators in accordance with GOD's Laws.

I, Curtis L. Mitchell am a man, a living soul.

# VIOLATION

## The State Of Louisiana Violations

USC 18 Section 2382 Misprision Of Treas.
USC 18 Section 241- Conspiracy against rights
USC 18 Section 242 Deprivation of rights under color of law
USC 18 Section 2076 clerk of united states district court
USC 42 Section 1983-Civil action for deprivation of rights
USC 42 Section 1985- Conspiracy to interfere with Civil Rights
USC 42 Section 1986- Action for neglect to prevent

## The State of Louisiana Violated Constitution

Amendments 1, Amendments 4, Amendment 5, Amendment 6, Amendment 7, Amendment 8, Amendment 9, Amendment 13, Amendment 14, and Article 1 Section 8 and Section 10.

## Amendment IV of the United States Constitution

The rights of the people to be secure in their persons, houses, papers, properties, and effects, unreasonable searches and seizures, shall not be violated and no warrants shall issue but upon probable cause, supported by Oath or Affirmation and Particularly describing the place to be searched and the persons or things to be seized.

## Amendment VIII of the United States Constitution

Excessive bail shall not be required nor excessive fines imposed, nor cruel and unusual punishments inflicted.

## Amendment XIII Section 1 of the United States Constitution

Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their Jurisdiction.

## Amendment XIV Section 1 of the United States Constitution

All persons born or naturalized in the United States and subject to the Jurisdiction thereof, are Citizens of the United States and of the State wherein they reside No State shall make or enforce a law which shall abridge the privilege or Immunities of Citizen of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its Jurisdiction the equal protection of the laws.

2

**Persons-1891 are divided by law into natural and Artificial Corporation Entities**

## State citizenship case law

Cruden V. Neale NC. 338 may term 1796.
All men decide for themselves whether they want to participate in the institution of men or not. The United States Supreme Court confirmed this when they said every man is independent of all laws except those prescribed by nature, he is not bound by any institution formed by his fellow men without his consent.

Rodriques V. Ray Donavon U.S Department of labor 769 F2d 1344.1348. 1985.
All laws, rules, and practices which are repugnant to the constitution are null and void.

"No state shall convert a liberty into a license and charge a fee therefore"
Murdock V. Pennsylvania 319 U.S Los. "If the state converts a right into a privilege the citizen can ignore the license and fee."

Com V. Acen, 487 N.E 2d 189, 386. Mass. 472 Mass. 1986
"Article 12 is directly drawn from Magna Charta C 39. which read that no free man shall be taken, imposed or be dismissed of his freehold, liberties, free customs, or be outlawed, exiled or otherwise destroyed, nor will we not pass upon him, nor condemn him, but by lawful judgement of peers, or by the law of the land."

Whitcomb's Case, 120 Mass. 118, 120. 1876 Gray. C 51. see Jones V. Robbins 8. Gray. 329, 342-343-1857. To say that Article 12 is derived from Magna Charta. However, it is not to say that our constitution incorporates the precise rights and privileges imposed upon King John by the nobles at Runnymede. Were that the case, judgement by one's peers would be an impossible attainment in our more egalitarian society since the term peer at the time of Magna Charta did not refer to all".

"Securities of private rights handed down to us among the liberty of their enemies and privileges which our ancestors enjoyed at the time of their emigration and claimed to hold and retain as their birth rights." Jones V. Robbins Supra at 342 from Magna Charta

U.S. V. Anthony 24 Fed. 829 (1873) "The term resident and citizen of the United States is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by Congress."

"We have in our political system a government of the United States and a government of each of the several States. Each one of these governments is distinct from the others, and each has citizens of its own..." United States v. Cruikshank, 92 U.S. 542 (1875)

3

1. Judge or My Honor, Do you claim to derive your authority over me based upon your oath of office and or any other requirement of the state? Yes or No? If Yes, May i have a copy of those to make sure that they are up to date and current before i arrive into court
2. Judge or My Honor, Do you claim to derive your authority over me upon the statute? Yes or no?
3. Judge or My Honor, Do you claim to derive your authority over me upon the doctrine of parens patriae? Yes or No?

## Common Law Jurisdiction

People can file a criminal complaint three ways. One or more people sign a sworn Affidavit that they had an injured party, prosecution on behalf of the government being accused to a grand jury and grand jury either indict or do nothing and grand jury do it at their will.

I, Curtis L. Mitchell, a living soul, being of age, and of sound mind and competent nature, do hereby produce this affidavit of truth under the penalty of perjury and reserve the right to amend and be notified if any line item is proven at error without recourse and without prejudice.

**Witness of this Affidavit of Truth**
Curtis L. Mitchell UCC 1-308 Reserve all rights,

**Curtis L Mitchell**
**Reserve all rights,**
**Ucc1-308 without prejudice**

_Curtis Mitchell UCC-308_

**Witness of this Affidavit of Truth**
Demetra E. Lewis UCC 1-308 Reserve all rights,

_Demetra Lewis UCC 1-308_

**Witness of this Affidavit of Truth**
Signature of witness UCC 1-308 Reserve all rights,

_Sam Hill        Doug Clark_

6

This document is now hereby considered publicly published and placed upon the record. You have 21 days to respond. This Affidavit shall become the judgement. I will then publicly publish your responses or your non- responses.

**This is** <u>The End</u> **of this affidavit; Only, the exhibits, and the Additional pages of the Certified proof of service and the Certified Judgment of this Affidavit may be bound to this document.**

STATE OF LOUISIANA
SUSAN W. BERGERON
Notary Public
State of Louisiana
Statewide Jurisdiction
Notary ID # 85418
My Commission is for Life

7

MITCHELL
3A / RURAL ROUTE
TOUDALUO ST
NEW ORLEANS LOUISIANA
ZIP EXEMPT

CERTIFIED MAIL

9589 0710 5270 3458 44

CLERK A COURT
24TH JUDICIAL DISTRICT COURT
DIVISION 1
200 DERBIGNY ST
GRETNA LA, 70053



U.S. POSTAGE PAID
FCL LG EW
NEW ORLEANS, LA 70113
AUG 18, 2028
$8.02
S2024H803194-18

Retail
RDC 99
70053

STATE OF LOUISIANA
UCC-1 FILING
(R.S. 10:9)

Parish: ORLEANS (36)

File Number: 36-2023-05162

File Date: 02/17/2023  10:32:18 AM

Debtor:

CURTIS LAVSON MITCHELL
3806 LASALLE
NEW ORLEANS, LA 70115

Secured Parties:

CURTIS LAVSON MITCHELL
WWW.CURTISM@YAHOO.COM
3806 LASALLE
NEW ORLEANS, LA 70115

Collateral:

This financing statement covers the following collateral:
ALL OF DEBTORS ASSETS, LAND AND PERSONAL PROPERTY NOW OWN
AND HEREAFTER ACQUIRE NOW EXISTING AND HEREAFTER ARISING
WHEREVER LOCATED DATED SEVENTEETH DAY OF THE SECOND MONTH
IN THE YEAR OF THE OUR LORD TWO THOUSAND AND TWENTY THREE
INQUIRING PARTIES MAY CONSULT DIRECTLY WITH THE DEBTOR
ASCERTAINING IN DETAIL THE FINANCIAL RELATIONSHIP AND
CONTRACTUAL OBLIGATIONS ASSOCIATED WITH THIS COMMERCIAL
TRANSACTION IDENTIFIED IN SECURITY AGREEMENT REFERENCE ABOVE
ADJUSTMENT OF THE FILING IS IN ACCORD WITH HOUSE JOINT
RESOLUTION OF JUNE 5TH 1933 AND UCC1-103 AND 1-104.
SECURED PARTY ACCEPTS DEBTOR SIGNATURES IN ACCORD WITH UCCI-
201(39) 3-401.
BIRTH CERTIFICATE NUMBER 117-1993-024-00276O. SOCIAL SECURITY
XXX-XX-9575

DEBTOR IS A TRANSMITTING UNITY

Short Description:
TAKING CONTROL OF THE FUTURE OF MY STRAWMAN

Additional Debtor Information:

Collateral is:

Alternative Designation is:N/A

The filing of a false public record, with the knowledge of its falsity, is a crime, subjecting the
filer to fine or imprisonment or both under R.S. 14:133.
By typing my name below, I hereby certify that I am authorized to file this transaction.

Electronic Signature: CURTIS MITCHELL  (02/17/2023)

SOS-0001

LOUISIANA SECRETARY OF STATE
OFFICE OF UNIFORM COMMERCIAL CODE/CENTRAL REGISTRY
CONFIRMATION OF FILING

CURTIS LAVSON MITCHELL
3806 LASALLE
NEW ORLEANS, LA  70115

Pursuant to La.R.S.10:9-523(g), this is a confirmation that the following information has been received and included within the Secretary of State's master index of Uniform Commercial Code filings.  Note that this confirmation does not constitute a determination of the legal sufficiency of the filing.

This filing will lapse on  2-17-2028 unless continued or terminated.  We encourage filers to take full advantage of the six month window of opportunity in which to file UCC-3 continuations.  Submission of your documents at the onset of the six month window will allow ample time to rectify potential filing errors and help to assure timely recording of your filing.

Any questions regarding the filing information contained herein should be directed to the filing officer which accepted and recorded the filing.  General UCC assistance may be obtained by contacting our UCC Division at 225.925.4701.

R. Kyle Ardoin
Secretary of State

ORIGINAL FILE NUMBER 36-2023-05162      FILED  2/17/23 10:32 AM
                                        PARISH IN WHICH FILED: ORLEANS
DEBTOR(S)
  MITCHELL              CURTIS          LAVSON          #####0000
  3806 LASALLE
  NEW ORLEANS, LA  70115

ORIGINAL SECURED PARTY
  CURTIS LAVSON MITCHELL                                #####0000
  3806 LASALLE
  NEW ORLEANS, LA  70115

PROPERTY
  TAKING CONTROL OF THE FUTURE OF MY STRAWMAN



## UNITED STATES OF AMERICA
## State of Louisiana

### R. Kyle Ardoin
#### SECRETARY OF STATE

*As Secretary of State of the State of Louisiana I do hereby Certify that*

CURTIS LAVSON MITCHELL, located at 3806 LASALLE, NEW ORLEANS, LA 70115,

Has filed for record in this department an application for the trade name

**CURTIS LAVSON MITCHELL**

Which was first used in the State of Louisiana on February 22, 2023,

Said application was filed and recorded in this Office on February 22, 2023, which recordation is for a term of ten years from the date hereof.

In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,

February 23, 2023

*Secretary of State*

WEB 77-7274



**Certificate ID:** 11691463#RKH62

To validate this certificate, visit the following web site, go to Business Services, Search for Louisiana Business Filings, Validate a Certificate, then follow the instructions displayed.
**www.sos.la.gov**

Page 1 of 1 on 2/23/2023 9:36:21 AM

# PENALTIES FOR PUBLIC OFFICERS

**Subornation of Perjury** $ 2,000. 18 U.S. CODE 1622

**Grand Theft** each $ 250,000. 18 U.S. CODE 2112

To determine multiply no. of counts by damage 18 U.S. CODE 3571

**Racketeering (Criminal)** $ 25,000. 18 U.S. CODE 1963

**Racketeering (Civil)**

Wages Taken $ x3 = 5? 18 U.S. CODE 1964
(Sustained Damages [total] x 3)

Thirty-seven (37) Constitutional violations from Count 1: = $ 9,250,000. Damages Dealing with claims of "immunity."

Any claim of " immunity" is a fraud because, if valid, it would prevent removal from office for crimes against the people, which removal is authorized and or mandated under U.S. Constitution Article 2, Section IV; as well as 18 U.S. CODE 241, 42 U.S. CODE 1983, 1985, 1986, and other state Constitutions.

Precedents of Law established by COURT cases, which are in violation of law, render violations of law legally unassailable. Such a situation violates several specifically stated intents and purposes of the Constitution set forth in the Preamble; to establish justice, insure domestic tranquility, and secure the blessings of liberty.

This is for JUDGES, ATTORNEYS, POLICE or anyone affiliated with or in any branch of government.

2

# PENALTIES FOR PUBLIC OFFICERS

**U.S. CODE Title 42 Penalties for Government Officers.**

The authority for fines (damages) caused by crimes by government officers.

These Damages were determined by GOVERNMENT itself for the violation listed.

**Breach Penalty Authority**

**Violation of Oath of Office** $ 250,000. 18 USC 3571

**Denied Proper Warrant(S)** $ 250,000. 18 USC 3571

**Denied Right of Reasonable Defense Arguments** $ 250,000. 18 USC 3571

**Defense Denied Evidence (records)** $ 250,000. 18 USC 3571

**Denied Right to Truth In Evidence** $ 250,000. 18 USC 3571

**Slavery (Forced Compliance to contracts not held)** $ 250,000. 18 U.S. CODE 3571

**Denied Provisions in the Constitution** $ 250,000. 18 U.S. CODE 3571

**Treason (combined above actions)** $ 250,000. 18 U.S. CODE 3571

**Genocide** $1,000,000. 18 U.S. CODE 1091

**Misprision of Felony** $500. 18 U.S. CODE 4

**Conspiracy** $ 10,000. 18 U.S. CODE 241

**Extortion** $ 5,000. 18 U.S. CODE 872

**Mail Threats** $5,000. 18 U.S. CODE 876

**Fraud** $ 10,000. 18 U.S. CODE 1001

**Falsification of Documents** $ 10,000. 18 U.S. CODE 1001

**Perjury** $ 2,000. 18 U.S. CODE 1621

18 U.S code section 201
Public officials and Bribery of Witnesses

Supp. 179,182 (1982).

"There are, then, under our republican form of government, two classes of citizens, one of the United States and one of the state".

Gardina v. Board of Registrars of Jefferson County, 160 Ala. 155; 48 So. 788 (1909)

"The governments of the United States and of each state of the several states are distinct from one another. The rights of a citizen under one may be quite different from those which he has under the other".

Colgate v. Harvey, 296 U.S. 404; 56 S.Ct. 252 (1935)

"...rights of national citizenship as distinct from the fundamental or natural rights inherent in state citizenship".

Madden v. Kentucky, 309 U.S. 83: 84 L.Ed. 590 (1940)

"There is a difference between privileges and immunities belonging to the citizens of the United States as such, and those belonging to the citizens of each state as such".

Ruhstrat v. People, 57 N.E. 41 (1900)

"...the first eight amendments have uniformly been held not to be protected from state action by the privilege and immunities clause [of the 14th Amendment]." Hague v. CIO, 307 US 496, 520 "The right to trial by jury in civil cases, guaranteed by the 7th Amendment...and the right to bear arms guaranteed by the 2nd Amendment...have been distinctly held not to be privileges and immunities of citizens of the United States guaranteed by the 14th Amendment...and in effect the same decision was made in respect of the guarantee against prosecution, except by indictment of a grand jury, contained in the 5th Amendment...and in respect of the right to be confronted with witnesses, contained in the 6th Amendment.....it was held that the indictment, made indispensable by the 5th Amendment, and trial by jury guaranteed by the 6th Amendment, were not privileges and immunities of citizens of the United States, as those words were used in the 14th Amendment.

We conclude, therefore, that the exemption from compulsory self-incrimination is not a privilege or immunity of National citizenship guaranteed by this clause of the 14th amendment.

Twinning v. New Jersey, 211 US 78, 98-99

## 3 Question Demands to the Judge that is working this case

5

"...he was not a citizen of the United States, he was a citizen and voter of the State,..." "One may be a citizen of a State yet not a citizen of the United States".

McDonel v. The State, 90 Ind. 320 (1883)

"That there is citizenship of the United States and citizenship of a state,..."

Tashiro V. Jordan, 201 Cal. 236 (1927)

"A citizen of the United States is a citizen of the federal government..."

Kitchens V. Steele, 112 F.Supp 383

"Taxpayers are not [de jure] State Citizens." Belmont V. Town of Gulfport, 122

State v. Manuel, 20 NC 122: "the term 'citizen' in the United States, is analogous to the term 'subject' in common law; the change of phrase has resulted from the change in government."

Supreme Court: Jones V. Temmer, 89 F. Supp 1226:

"The privileges and immunities clause of the 14th Amendment protects very few rights because it neither incorporates the Bill of Rights, nor protects all rights of individual citizens. Instead this provision protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship."

Supreme Court: US Vs. Valentine 288 F. Supp. 957:

"The only absolute and unqualified right of a United States citizen is to reside within the territorial boundaries of the United States."

The Amendment (14th) recognized that "an individual can be a Citizen of one of the several states without being a citizen of the United States," (U.S. v. Anthony,

24 Fed. Cas. 829, 830), or, "a citizen of the United States without being a Citizen of a state." (Slaughter-House Cases, supra; cf. U.S. v. Cruikshank, 92 US 542, 549 (1875)).

A more recent case is Crosse V. Bd. of Supervisors, 221 A.2d 431 (1966) which says: "Both before and after the Fourteenth Amendment to the federal Constitution, it has not been necessary for a person to be a citizen of the United States in order to be a citizen of his state." Citing U.S. v. Cruikshank, supra.

The courts presume you to be a federal citizen, without even telling you that there are different classes of citizens. It is up to you to dispute this. See...

"Unless the defendant can prove he is not a citizen of the United States, the IRS has the right to inquire and determine a tax liability." U.S. v. Slater, 545 Fed.

4

# Governments Have Descended to the Level of Mere Private Corporations



*Supreme Court Building*

## Clearfield Doctrine

Supreme Court Annotated Statute, Clearfield Trust Co. v. United States 318 U.S. 363-371 1942

Whereas defined pursuant to Supreme Court Annotated Statute: Clearfield Trust Co. v. United States 318 U.S. 363-371 1942: "Governments descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen . . . where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned . . . For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government."

What the Clearfield Doctrine is saying is that when private commercial paper is used by corporate government, then government loses its sovereignty status and becomes no different than a mere private corporation.

As such, government then becomes bound by the rules and laws that govern private corporations which means that if they intend to compel an individual to some specific performance based upon its corporate statutes or corporation rules, then the government, like any private corporation, must be the holder-in-due-course of a contract or other commercial agreement between it and the one upon who demands for specific performance are made.

And further, the government must be willing to enter the contract or commercial agreement into evidence before trying to get the court to enforce its demands, called statutes.

This case is very important because it is a 1942 case that was decided after the UNITED STATES CORPORATION COMPANY filed its "CERTIFICATE OF INCORPORATION" in the State of Florida (July 15, 1925). And it was decided AFTER the 'corporate government' agreed to use the currency of the private corporation, the FEDERAL RESERVE. The private currency, the Federal Reserve Note, is still in use today.

References:

(i) Articles of Incorporation of UNITED STATES CORPORATION COMPANY
http://anticorruptionsociety.files.wordpress.com/2014/01/articles-of-incorporation-of-u-s-corp-company.pdf

(ii) From *The Great American Adventure* by Judge Dale, retired. (pages 93-94)
http://anticorruptionsociety.files.wordpress.com/2013/07/the-great-american-adventure-complete-work-by-judge-dale.pdf

*[4] Corporations are not and can never be SOVEREIGN. They are not real, they are a fiction and only exist on paper.*

*5] Therefore, all laws created by these government corporations are private corporate regulations called public law, statutes, codes and ordinances to conceal their true nature. Do the Judge and your lawyer know about this? You bet they do!*

*6] Since these government bodies are not SOVEREIGN, they cannot promulgate or enforce CRIMINAL LAWS; they can only create and enforce CIVIL LAWS, which are duty bound to comply with the LAW of CONTRACTS. The Law of Contracts requires signed written agreements and complete transparency! Did you ever agree to be arrested and tried under any of their corporate statutes? For that matter, did you ever agree to contract with them by agreeing to be sued for violating their corporate regulations?*

*[8] Enforcement of these corporate statutes by local, state and federal law enforcement officers are unlawful actions being committed against the SOVEREIGN public and these officers can be held personally liable for their actions. [Bond v. U.S., 529 US 334-2000]*

(iii) *Our Government is Just Another Corporation*
http://anticorruptionsociety.com/is-our-government-just-another-corporation/

IN 24th JUDICIAL DISTRICT COURT

STATE OF LOUISIANA

STATE OF LOUISIANA
v.
CURTIS LAVSON MITCHELL
Case No. 23-3903

**NOTICE OF REMOVAL TO FEDERAL COURT**

**(Pursuant to 28 U.S.C. §§ 1441–1446, 1331, 1343, and 42 U.S.C. § 1983)**

NOW INTO COURT COMES, Curtis Lavson Mitchell, a living man appearing in propria persona (pro se), who respectfully gives Notice of Removal of the above-entitled action from the 24th Judicial District court, State of Louisiana, to the United States District Court having proper jurisdiction under Title 28 of the United States Code.

**I. JURISDICTIONAL BASIS**
1.      This Notice of Removal is made pursuant to 28 U.S.C. §§ 1441–1446, which authorize removal of any civil or criminal matter to the United States District Court where a federal question arises.
2.      This case involves violations of the United States Constitution and federal law, including 42 U.S.C. § 1983 (Civil Rights violations) and 18 U.S.C. § 242 (Deprivation of rights under color of law).
3.      Jurisdiction is proper under 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1343 (civil rights jurisdiction).

**II. NOTICE TO THE STATE COURT**
The undersigned respectfully provides notice that the State of Louisiana and this Honorable Court are hereby informed of removal to federal jurisdiction. Upon filing of this Notice with the Clerk of the United States District Court, jurisdiction shall vest in that court, and the State court shall proceed no further unless and until remand is ordered by the federal court.

**III. CONSTITUTIONAL AND LEGAL CONCERNS**
1.      Request for Oath of Office: The undersigned requests the production and verification of the judge's constitutional oath of office, as required under Article VI, Clause 3 of the United States Constitution, and the Louisiana Constitution, ensuring lawful authority to preside.
2.      Proof of Citizenship: The undersigned requests that all public officials involved provide proof of recorded and verified American citizenship, confirming allegiance to the United States and its Constitution.
3.      Foreign Agent Registration: Pursuant to 22 U.S.C. § 611 et seq. (Foreign Agents Registration Act), any officer, agent, or attorney operating under foreign allegiance or influence, including the British Bar Association, must disclose registration status.
4.      BAR Association and Jurisdictional Notice: The Bar Association is not a governmental licensing body but a private membership association under foreign influence. Therefore, any officer acting under such jurisdiction operates under British (foreign) jurisdiction, not American constitutional authority.

5.    Conflict of Interest and Unlawful Practice: Under 22 U.S.C. § 611 and 28 U.S.C. § 607, government employees cannot lawfully practice law while acting in official capacity, creating a conflict-of-interest contrary to American constitutional law.

## IV. BASIS FOR REMOVAL

The actions taken in the above-captioned matter involve constitutional violations, civil rights deprivations, and the denial of due process protected under the 5th and 14th Amendments. The undersigned asserts standing as a private American national and removes this case to federal court for proper constitutional review and redress.

## V. PRAYER FOR RELIEF

WHEREFORE, the undersigned respectfully prays that:

1. This matter be removed and transferred to the United States District Court having proper jurisdiction.
2. The state court will take no further action in this case.
3. The federal court review constitutional and civil rights violations under 42 U.S.C. § 1983 and 18 U.S.C. § 242.
4. All officials provide verified oath of office, proof of citizenship, and foreign registration disclosure as required by law.
5. Any further relief deemed just and proper be granted.

Respectfully Submitted,

Date: October 27, 2025

Curtis Lavson Mitchell
Defendant / Petitioner, In Propria Persona
Rural Route: 7700 Downman RD APT 14A.
New Orleans, Louisiana [ZIP Exempt]
All Rights Reserved – UCC 1-308

Curtis L Mitchell
Reserve all rights
Ucc1-308 without prejudice

# AFFIDAVIT OF INDIGENCE AND FINANCIAL STATEMENT
## (For Waiver of Court Fees and Costs)

**STATE OF LOUISIANA**
**PARISH OF** Orleans

**Name:** Curtis Lavson Mitchell
**Address:** In care of / 7700 Downman RD APT 14A, New Orleans, Louisiana Exempt

**PHONE # 5042027108**

**1. Authority:**
This motion is brought pursuant to the Court's inherent authority and, in the alternative, as a Motion to Proceed In Forma Pauperis under 28 U.S.C. § 1915.

**2. Constitutional Basis:**
The Supreme Court has consistently held that fundamental rights cannot be contingent on an individual's wealth. In *Boddie v. Connecticut*, 401 U.S. 371 (1971), the Court affirmed that due process prohibits denying court access due to poverty. To condition the Petitioner's fundamental right to seek federal redress for constitutional violations on the payment of a fee he cannot pay is a denial of due process and equal protection under the Fourteenth Amendment.

**3. Statement of Motion:**
Petitioner hereby files this as a Motion to Proceed in Forma Pauperis pursuant to 28 U.S.C. § 1915 and has attached this Affidavit of Indigence. Petitioners lack sufficient funds to pay the required filing fees without depriving himself of the basic necessities of life.

**4. Monthly Income:**
I currently have a total monthly income of **$0.00**. I am not employed, and I do not receive any wages, benefits, or other sources of income currently.

**5. Assets:**
I have no significant assets. I possess minimal or no cash on hand, no active bank accounts, and no property or vehicles of material value.

**6. Monthly Expenses:**
My ordinary monthly expenses include:

- Food and personal necessities: $ __0__
- Shelter / Housing: $ __0__
- Utilities: $ __0__
- Transportation: $ __0__
- Other essential expenses: $ __0__
(Total Monthly Expenses: $ __0__ )

## 7. Statement of Indigence:

Due to my current financial condition, I am unable to pay any court costs, filing fees, or related legal expenses without depriving myself of the basic necessities of life, including food, shelter, and utilities.

## 8. Request for Relief:

I respectfully request that this Honorable Court waive all filing fees and costs associated with my case and grant me leave to proceed in forma pauperis as an indigent individual.

I declare under penalty of perjury under the laws of the United States of America and the State of Louisiana that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this _27_ day of _October_____, 20_25_.

**Signature:** _Curtis Mitchell_____

Curtis Lavson Mitchell, Natural Living Man UCC 1-308 Reserve All Rights

PROPOSED ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

IN THE EASTERN DISTRICT COURT
STATE OF LOUISIANA

STATE OF LOUISIANA
v.
CURTIS LAVSON MITCHELL
Case No. 23-3903

**PROPOSED ORDER**

Upon consideration of the Motion and Affidavit of Indigence filed by Curtis Lavson Mitchell, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Proceed In Forma Pauperis is GRANTED.

IT IS FURTHER ORDERED that all filing fees and court costs associated with the filing of the Notice of Removal in the above-captioned matter are WAIVED.

SO ORDERED this _____ day of _____, 2025, at New Orleans, Louisiana.

_____

JUDGE, EASTERN UNITED STATES DISTRICT COURT
STATE OF LOUISIANA

Tribal Endorsement & Recognition Certificate
Issued by The Tutul Xiu Mayapan Nation

"I will take you from among the heathen, and gather you out of all countries, and will bring you into your own land" (Ezekiel 36:24)



## Screening Results

Case no. AI - 2025TXN-38

**Positive**
Indigenous To The Americas



# Tutul Xiu Certificate Of Genealogy

By the sovereign authority of the Tutul Xiu Mayapan Nation, and in fulfillment of our sacred duty to restore truth where it has been obscured, we hereby recognize and affirm the ancestral identity of Curtis Mitchell.

This recognition acknowledges that the above-named individual is a descendant of the Tutul Xiu, Heirs of the Mayan and Olmec kingdoms.

Through conquest, forced relocation, and systematic renaming, this individual's ancestors, were misclassified, nearly erased, and made to bear identities not their own.

This certificate stands as a formal correction of misclassification and a ceremonial affirmation of their rightful place among the people of the Mayan legacy.

Issued under the seal and authority of the Tutul Xiu Mayapan Nation, this day of 10/23/2025, as testimony that no colonial act can sever the eternal bond between a people and their ancestors.

So recognized and affirmed.

**Curtis Mitchell**



### Shared Commitments

We affirm our shared dedication to: The protection of ancestral lands and waters, The restoration of ceremonial lifeways and languages
The defense of inherent Indigenous rights under UNDRIP, ADRIP, and ILO Convention 169, UDHR 15
The building of intergenerational legacy through council, ceremony, and community

Endorsement Statement
Issued and Sealed

*Chief Chii Of Nation*
Founding Chief, The Tutul Xi Mayapan Nation
Issued by: American Indian LLC
Date: October 23, 2025

