

Curtis Mathew
7700 Pouuman Rd Apt 14A
New Orleans LA 70126

Clerk of Court
United State District court
500 Poydras Suit C151
New Orleans LA 70130

U.S. POSTAGE PAID
FCM LG ENV
NEW ORLEANS, LA 70126
OCT 31, 2025
$8.58

